JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Delas L. McCarroll, aka<br><br>Delas McCarroll,<br><br>Defendant | No. CV 12-7257<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Delas L. McCarroll, aka Delas McCarroll, in the principal amount of $2,330.90 plus interest accrued to August 20, 2012, in the sum of $2,504.30; with interest accruing thereafter at 8.25% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**4,835.20**.

DATED:  9/11/2012           By: _____TERRY NAFISI_____
                                 Clerk of the Court
                                  L. RAYFORD
                                 _____
                                    Deputy Clerk
                              United States District Court