```
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Delas L. McCarroll, aka<br><br>Delas McCarroll,<br><br>　　　　　Defendant | No. CV 12-7257<br><br><br>CONSENT JUDGMENT |

　　　Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Delas L. McCarroll, aka Delas McCarroll, in the principal amount of $2,330.90 plus interest accrued to August 20, 2012, in the sum of $2,504.30; with interest accruing thereafter at 8.25% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$4,835.20**.

DATED: 9/11/2012　　　　　By:　　TERRY NAFISI
　　　　　　　　　　　　　　　　　Clerk of the Court
　　　　　　　　　　　　　　　　　L. RAYFORD
　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　United States District Court